| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Dow, Dennis R. | 2. Court or Organization US Bankruptcy Ct-W Dist MO | 3. Date of Report 05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary, Executive Committee Member | American Bankruptcy Institute |
| 2. | At-large member of the Board of Governors | National Conference of Bankruptcy Judges |
| 3. | Member Board of Directors | CARE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Trinity Management LLC - Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 1, 2017- February 4, 2017 | Tampa, FL | 41st Annual Alexander L. Paskay Memorial Bankruptcy Seminar | Transportation & Meals |
| 2. | American College of Bankruptcy | March 9, 2017-March 11, 2017 | Washington, DC | Indcution Ceremony | Transportation, Meals & Lodging |
| 3. | Missouri Bar | March 29, 2017- March 30, 2017 | Columbia, MO | Annual Bankruptcy Institute | Transportation, Meals & Lodging |
| 4. | American Bankruptcy Institute | April 19, 2017-April 22, 2017 | Washington, DC | 2017 Annual Spring Meeting | Transportation & Meals |
| 5. | American Bankruptcy Institute | June 12, 2017-June 13, 2017 | Washington, DC | Executive Committee Meeting | Transportation, Meals & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Dow, Dennis R.** | 05/14/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | September 6, 2017- September 7, 2017 | San Diego, CA | Executive Committee Meeting | Transportation & Meals |
| 7. | National Conference of Bankruptcy Judges | October 7, 2017- October 11, 2017 | Las Vegas, NV | 91st Annual Meeting | Transportation & Lodging |
| 8. | American Bankruptcy Institute | November 29, 2017- December 2, 2017 | Palm Springs, CA | 2017 Winter Leadership Conference | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Natixis US Eq Opp Fund A (Y) | A | Dividend | | | | | | | |
| 2. United Missouri Bank (UMB) Accounts | A | Interest | K | T | | | | | |
| 3. Europacific Growth Fund A (Y) | A | Dividend | | | | | | | |
| 4. The Growth Fund of America A (Y) | A | Dividend | | | | | | | |
| 5. The New Economy Fund A (Y) | A | Dividend | | | | | | | |
| 6. Small Cap World Fund A (Y) | A | Dividend | | | | | | | |
| 7. Davis New York Venture Fund Class A (Y) | A | Dividend | | | | | | | |
| 8. Templeton Developing Markets Trust Class A (Y) | A | Dividend | | | | | | | |
| 9. Columbia Seligman Communications & Info Fund A (Y) | A | Dividend | | | | | | | |
| 10. Rollover IRA #1: (H) (Y) | | | | | | | | | |
| 11. -Fidelity ADV Energy Fund CL T | A | Dividend | | | Sold | 03/30/17 | L | | |
| 12. -American Small Cap World Fund CL A | A | Dividend | | | | | | | |
| 13. -Citibank Bank Deposit Cash Account | A | Interest | | | | | | | |
| 14. -American Mutual Fund Class A | B | Dividend | | | | | | | |
| 15. -Franklin Small Mid Cap Growth Fund A | A | Dividend | | | | | | | |
| 16. -Franklin Mutual Global Discovery Fund Class A | A | Dividend | | | | | | | |
| 17. -Templeton Developing Markets Class A | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Buffalo Small Cap Fund | A | Dividend | | | | | | | |
| 19. -Capital World Growth & Income Fund A | B | Dividend | | | | | | | |
| 20. -Franklin Income Fund CL A | D | Dividend | | | | | | | |
| 21. -Fundamental Investors Fund CL A | B | Dividend | | | | | | | |
| 22. -Oppenheimer Gold & SP Mineral CL A | A | Dividend | | | | | | | |
| 23. -Income Fund of America CL A | B | Dividend | | | Buy | 03/30/17 | L | | |
| 24. -Growth Fund of America CL A | A | Dividend | | | | | | | |
| 25. The New England Variable Life Insurance Policies: (H) | | | | | | | | | |
| 26. Lmis Say SmCap Growth | A | Dividend | | | Sold | 06/20/17 | J | | |
| 27. WMC Core Equity Opp | A | Dividend | J | T | | | | | |
| 28. American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 29. American Funds Gro-Inc | A | Dividend | J | T | | | | | |
| 30. MFS Research Intl | A | Dividend | J | T | | | | | |
| 31. MetArt Mid Cap Value | A | Dividend | | | Sold | 06/20/17 | J | | |
| 32. Lmis Say SmCap Core | A | Dividend | J | T | | | | | |
| 33. MFS Value Portfolio | A | Dividend | J | T | | | | | |
| 34. The New England Whole Life Insurance Policies | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Account #1-Fidelity (H) (X) | | | | | | | | | |
| 36. Fidelity cash | A | Interest | J | T | | | | | |
| 37. Columbia Seligman Com and Info CL I2 | C | Dividend | K | T | Sold (part) | 11/13/17 | J | C | |
| 38. American Europacific Growth Fund F3 | A | Dividend | K | T | | | | | |
| 39. The Growth Fund of America F3 | A | Dividend | J | T | | | | | |
| 40. Natixis US Equity Opportunities CL Y | A | Dividend | K | T | | | | | |
| 41. The New Economy Fund F3 | B | Dividend | K | T | Sold (part) | 12/05/17 | J | B | |
| 42. American Small Cap World Fund F3 | A | Dividend | J | T | Sold (part) | 12/05/17 | J | A | |
| 43. Templeton Developing Markets Ttrust R6 | A | Dividend | J | T | | | | | |
| 44. Davis New York Venture Class A | A | Dividend | | | Sold | 11/13/17 | J | A | |
| 45. Rollover IRA #2-MML (H) (X) (Y) | | | | | | | | | |
| 46. American Capital World Grth & Inc A | A | Dividend | | | Sold | 07/24/17 | M | | |
| 47. American Fuindamental Investors Class A | A | Dividend | | | Sold | 07/24/17 | M | | |
| 48. American Growth Fund of America Class A | A | Dividend | | | Sold | 07/14/17 | L | | |
| 49. American Income Fund of America Class A | A | Dividend | | | Sold | 07/24/17 | M | | |
| 50. American Mutual Fund Class A | A | Dividend | | | Sold | 07/24/17 | M | | |
| 51. American Small Cap World Class A | A | Dividend | | | Sold | 07/24/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Buffalo Small Cap Growth | A | Dividend | | | Sold | 07/12/17 | M | | |
| 53. Franklin Mutual GLBL Discovery Class A | A | Dividend | | | Sold | 07/14/17 | M | | |
| 54. Franklin Small-Mid Cap Growth A | A | Dividend | | | Sold | 07/14/17 | M | | |
| 55. Oppenheimer Gold & Spec Minerals CL A | A | Dividend | | | Sold | 07/14/17 | K | | |
| 56. Templeton Developing Markets Class A | A | Dividend | | | Sold | 07/14/17 | L | | |
| 57. Franklin Income Class A | A | Dividend | | | Sold | 07/14/17 | M | | |
| 58. Fidelity Treasury Money Market Fund | A | Dividend | L | T | Open | 07/03/17 | M | | |
| 59. Fidelity MSCI Real Estate Index ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 60. Ishares Core S&P Mid-Cap ETF | A | Dividend | M | T | Buy | 07/14/17 | M | | |
| 61. Ishares Core S&P Small-Cap ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 62. Ishares Core S&P US Growth ETF | A | Dividend | M | T | Buy | 07/14/17 | M | | |
| 63. Ishares Edge MSCI Min Vol USA ETF | A | Dividend | M | T | Buy | 07/14/17 | M | | |
| 64. Ishares TR EAFE Sml Cp ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 65. Ishares TR NASDAQ Biotech | A | Dividend | K | T | Buy | 07/14/17 | L | | |
| 66. Ishares Trust Core Divid Gwth | A | Dividend | M | T | Buy | 07/14/17 | M | | |
| 67. Ishares Trust Currency Hedged MSCI EAFE ETF | A | Dividend | N | T | Buy | 07/14/17 | N | | |
| 68. Ishares TIPS Bond ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares TR JP Mor EM MK ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 70. Ishares Trust Core Total USD Bd Mkt | A | Dividend | N | T | Buy | 07/14/17 | N | | |
| 71. Ishares Trust Floating Rate NT ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 72. Ishares TR US PFD Stk ETF | A | Dividend | L | T | Buy | 07/14/17 | L | | |
| 73. Rollover IRA #3-Fidelity (H) (X) | | | | | | | | | |
| 74. Blackrock Commodity Strategies Fund CL I | A | Dividend | K | T | Buy | 12/29/17 | K | | |
| 75. Delaware Emerging Mkts FD Institut CL | A | Dividend | L | T | Buy | 12/29/17 | L | | |
| 76. Oakmark Intl Investor CL | A | Dividend | L | T | Buy | 12/29/17 | L | | |
| 77. Eaton Vance Floating Rate Class I | A | Dividend | K | T | Buy | 12/29/17 | K | | |
| 78. PIMCO Income Fund Institutional Fund | A | Dividend | L | T | Buy | 12/29/17 | L | | |
| 79. Fidelity MSCI Real Estate Index ETF | A | Dividend | L | T | | | | | |
| 80. Fidelity MSCI Utils Index ETF | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 81. Ishares Core S&P Mid Cap ETF | A | Dividend | M | T | | | | | |
| 82. Ishares TR NASDAQ Biotech | A | Dividend | K | T | | | | | |
| 83. Ishares Core S&P US Growth ETF | A | Dividend | M | T | | | | | |
| 84. Ishares Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |
| 85. Ishares TR EAFE Sml CP ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishares Edge MSCI Min Vol USA ETF | A | Dividend | M | T | Buy | 12/20/17 | K | | |
| 87. Ishares Trust Core Divid Gwth | B | Dividend | M | T | Buy | 12/20/17 | K | | |
| 88. Ishares Trust Currency Hedged MSCI EAFE ETF | A | Dividend | N | T | | | | | |
| 89. Ishares TR JP Mor EM MK ETF | A | Dividend | L | T | | | | | |
| 90. Ishares TR Fltg Rate NT ETF | A | Dividend | L | T | | | | | |
| 91. Ishares TR Core Total USD | A | Dividend | N | T | | | | | |
| 92. Ishares TR S&P US PFD Stk | A | Dividend | L | T | | | | | |
| 93. Ishares TIPS Bond ETF | A | Dividend | | | Sold | 12/20/17 | L | A | |
| 94. Fidelity Treasury Money Market Fund | A | Dividend | J | T | | | | | |
| 95. Section 529 Plan #1 (H) | | | | | | | | | |
| 96. American Funds College 2027 Fund 529C | A | Dividend | J | T | Buy | 12/26/17 | J | | |
| 97. Section 529 Plan #2 (H) | | | | | | | | | |
| 98. American Funds College 2030 Fund 529C | A | Dividend | J | T | Buy | 12/26/17 | J | | |
| 99. Trust #1 Beneficial Interest (X) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Edward Jones IRA does not appear in Part VII because the account was redeemed in full in 2016.

2. The following old investment accounts that have been denoted with a "Y" were transferred in-kind to a new investment account labeled with a header and denoted with an "X" as Investment Account #1-Fidelity in October 2017: Natixis US Eq Opp Fund A, Europacific Growth Fund A, The Growth Fund of America A, The New Economy Fund A, Small Cap World Fund A, Davis New York Venture Fund Class A, Templeton Developing Markets Trust Class A, Columbia Seligman Communications & Info Fund A.

3. All of the investments held in the old Rollover IRA #1 account that has been denoted with a "Y" were transferred in-kind to a new rollover IRA account labeled with a header and denoted with an "X" as Rollover IRA #2-MML in June 2017.

3. All of the investments held in the old Rollover IRA #2-MML account that has been denoted with a "Y" were transferred in-kind to a new rollover IRA account labeled with a header and denoted with an "X" as Rollover IRA #3-Fidelity in October 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544